**United States District Court**
For the Northern District of California

1

2

3

4

5

6                                                    *E-FILED - 4/28/08*

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DONALD R. CAVANESS,                    No. C 07-0423 RMW (PR)

12              Plaintiff,                  ORDER OF DISMISSAL WITHOUT
                                            PREJUDICE
13        v.

14   JOHN CINTO, et al.,

15              Defendants.

16   _____/      (Docket No. 13)

17        Plaintiff, proceeding pro se, filed the instant civil rights complaint pursuant to 42 U.S.C. §

18   1983.  On February 22, 2008, mail sent to plaintiff by the court was returned to the clerk of the court

19   with a notation that it was undeliverable and that plaintiff was no longer in custody.  As of the date

20   of this order, plaintiff has not updated his address with the court or submitted any further pleadings

21   in this case.

22        Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address

23   changes while an action is pending must promptly file a notice of change of address specifying the

24   new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1)

25   mail directed to the pro se party by the court has been returned to the court as not deliverable, and

26   (2) the court fails to receive within sixty days of this return a written communication from the pro se

27   party indicating a current address.  See L.R. 3-11(b).

28

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.07\Cavaness423dis311.wpd

1     More than sixty days have passed since the mail sent to plaintiff by the court was returned as

2 undeliverable.  The court has not received a notice from plaintiff of a new address.  Accordingly, the

3 instant complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District

4 Local Rules.  The clerk of the court shall enter judgment and close the file.

5     IT IS SO ORDERED.

6 Dated:  _____4/25/08_____

7                                              *Ronald M. Whyte*
                                              RONALD M. WHYTE
                                              United States District Judge

**United States District Court**
For the Northern District of California

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Rmw\CR.07\Cavaness423dis311.wpd        2