1
2
3
4
5
6                                                          *E-FILED - 4/28/08*
7
8                    IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   DONALD R. CAVANESS,                    No. C 07-0423 RMW (PR)

12              Plaintiff,                   JUDGMENT

13      v.

14   JOHN CINTO, et al.,

15              Defendants.

16   _____/

17

18        The court has dismissed the instant civil rights complaint without prejudice for plaintiff's

19   failure to provide the court with his current address pursuant to Rule 3-11 of the Northern District

20   Local Rules.  A judgment of dismissal without prejudice is hereby entered.  The clerk of the court

21   shall close the file.

22        IT IS SO ORDERED.

23   Dated:    4/25/08                       _Ronald M. Whyte_____

24                                           RONALD M. WHYTE
                                             United States District Judge

25
26
27
28

Judgment
P:\PRO-SE\SJ.Rmw\CR.07\Cavaness423jud.wpd